# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JENNA VON OY BRATCHER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:12-0671 |
| | ) | Judge Trauger |
| FRANKLIN AMERICAN MORTGAGE COMPANY, *et al.*, | ) ) ) | Magistrate Judge Knowles |
| Defendants. | ) ) | |

## O R D E R

On July 11, 2013, the Magistrate Judge issued a Report and Recommendation, requiring the plaintiff, within twenty (20) days, to notify the court of her present address and whether she wishes to proceed with this lawsuit. (Docket No. 24) On July 22, 2013, the plaintiff furnished her new, present address to the court and wrote a letter stating that she does wish to proceed with this matter. (Docket No. 28)

The Report and Recommendation is **ACCEPTED** and made the findings of fact and conclusions of law of this court. It is hereby **ORDERED** that this case is returned to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 26th day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge